UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LUIS DE LA CRUZ,     *
                                   *
       Petitioner,          *
                                   *
     v.                           *     Civil Action No. 01-10118-JLT
                                   *
UNITED STATES of AMERICA,     *
                                   *
       Respondent.       *

ORDER

March 5, 2012

TAURO, J.

After considering Magistrate Judge Collings's Report and Recommendation on Petitioner's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 [#411] and Petitioner's Motion for Relief From Judgment in Light of the Government's Fraud on the Court Pursuant to Fed. R. Civ. Proc. Rule 60(b)(3) [#423] [#500] as well as Petitioner's Objections [#501] thereto, this court hereby ACCEPTS and ADOPTS the Report and Recommendation [#500] for the reasons set forth therein.

Petitioner's Motion to Vacate, Set Aside, or Correct Sentence [#411] is hereby DENIED. Petitioner's Motion for Relief From Judgment in Light of the Government's Fraud on the Court [#423] is also DENIED. Accordingly, the remaining pending Motions [#409, 429, 447, 450, 451, 457, 458, 459, 460, 461, 467, 471, 472, 473, 498, 499] are DENIED. This case is CLOSED.

IT IS SO ORDERED.

                                                      /s/ Joseph L. Tauro
                                                  United States District Judge