UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LUIS DE LA CRUZ, | * |
| Petitioner, | * |
| v. | *   Civil Action No. 01-10118-JLT |
| UNITED STATES OF AMERICA, | * |
| Respondent. | * |

ORDER

May 3, 2012

TAURO, J.

On March 12, 2012, petitioner filed Application for a Certificate of Appealability [#507] of the denial of his habeas petition. A certificate of appealability will issue "only if the applicant has made a substantial showing of the denial of a constitutional right."[1] The applicant "must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claim debatable or wrong."[2]

Here, upon review of the submission of Petitioner, this court finds that he has not made the requisite showing with respect to the alleged denial of his constitutional rights. Accordingly, Petitioner's Application for a Certificate of Appealability is DENIED.

The Clerk shall transmit this Order to the First Circuit Court of Appeals.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge

---

[1] 28 U.S.C. § 2253(c)(2); see Miller-El v. Cockrell, 537 U.S. 322 (2003).

[2] See Miller-El, 537 U.S. at 338. (internal quotation marks omitted).